## MADISON v. STATE.

(Court of Criminal Appeals of Texas. Jan. 8, 1913.)

CRIMINAL LAW (§ 1101*)—APPEAL—AFFIRMANCE.

Where the motion for new trial complains of the charge and the refusal of special charges requested by defendant, which, in the absence of a statement of facts, cannot be considered, the conviction will be affirmed.

[Ed. Note.—For other cases. see Criminal Law, Cent. Dig. § 3204; Dec. Dig. § 1101.*]

Appeal from Dallas County Court at Law; W. F. Whitehurst, Judge.

Mack Madison was convicted of an aggravated assault, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, J. The appellant was convicted of an aggravated assault, and given the lowest penalty, a fine of $25.

There is no statement of facts in the record. Complaints in the motion for new trial are made of the charge of the court and the refusal of certain special charges requested by appellant. They attempt to raise such questions as cannot be considered by this court without a statement of facts.

The judgment is therefore affirmed.

## THOMAS v. STATE.

(Court of Criminal Appeals of Texas. Jan. 8, 1913.)

1. CRIMINAL LAW (§ 1144*)—APPEAL—STATEMENT OF FACTS—PRESUMPTION.

Where there is no statement of facts, it is presumed that the evidence justified a conviction.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2736–2781, 2901, 3016–3037; Dec. Dig. § 1144.*]

2. CRIMINAL LAW (§ 1144*) — APPEAL — PRESUMPTIONS.

Where there is no bill of exceptions, it is presumed that the rulings of the court were correct.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2736–2781, 2901, 3016–3037; Dec. Dig. § 1144.*]

Appeal from Dallas County Court at Law; W. F. Whitehurst, Judge.

W. H. S. Thomas was convicted of being a vagrant, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was convicted under a complaint properly charging him with being a vagrant.

[1, 2] There is no statement of facts accompanying the record, and under such circumstances we must presume that the evidence justified the conviction. There are no bills of exception, consequently we presume the rulings of the court were correct; and, as the court submitted the offense charged, the judgment is affirmed.

## STOUT v. STATE.

(Court of Criminal Appeals of Texas. Jan. 8, 1913.)

CRIMINAL LAW (§ 1094*)—APPEAL—AFFIRMANCE.

Where the court properly submitted the offense charged, and the record contains neither a statement of facts nor bill of exceptions, a conviction will be affirmed.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2807, 3204; Dec. Dig. § 1094.*]

Appeal from Tom Green County Court; Oscar Frink, Judge.

I. E. Stout was convicted of the offense of allowing minors to enter and remain in a poolroom, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was prosecuted and convicted under that part of the Code prohibiting minors from entering or remaining in a poolroom. He gave notice of appeal, but in the record there is neither a statement of facts nor bills of exception.

As the court properly submitted the offense charged, the judgment is affirmed.